

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00454-CV

JAMES M. BEGGS, LYNDA LANDERS, AND BEGGS LANDERS LAW FIRM, PLLC
v.
CLARK, LOVE & HUTSON, PLLC AND CLARK, LOVE & HUTSON, G.P.

On Appeal from the
23rd District Court of Wharton County, Texas
Trial Cause No. CV51385

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 17, 2020